IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:20-CV—2249

BULLBAG CORPORATION,
A Foreign Profit Corporation,

    Plaintiff,

vs.

BAGS O MONEY, LLC,
a Florida Limited Liability Company,
BAGS O MONEY, LLC d/b/a BOSS BAGS,
a Kentucky Limited Liability Company,
MONEY O BAGS, LLC,
a Kentucky Limited Liability Company, and
JAMES KRISTOFIK, an individual,
PAUL MARSHALL, an individual.

    Defendants.
_____/

**BAGS O MONEY, LLC d/b/a BOSS BAGS and PAUL MARSHALL'S
MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S
<u>AMENDED INFRINGEMENT CONTENTIONS</u>**

Pursuant to Federal Rule of Civil Procedure 6(b) as well as the Local Rules of the Middle District of Florida, the Defendants, BAGS O MONEY, LLC, BAGS O MONEY, LLC d/b/a BOSS BAGS, a Kentucky Limited Liability Company, and PAUL MARSHALL (hereinafter "Defendants"), by and through the undersigned counsel, hereby move this Court for an Order extending the time within which it may respond to Plaintiff's Amended Infringement Contentions served on April 6, 2021, and in support, state as follows:

Case No. 6:20-CV-2249

Pursuant to the Court's Order dated March 31, 2021 [DE 41], the Defendants', BAGS O MONEY, LLC, BAGS O MONEY, LLC d/b/a BOSS BAGS, a Kentucky Limited Liability Company, and PAUL MARSHALL (hereinafter "Defendants"), Disclosure of Non-Infringement or Invalidity Contentions are due on or before Monday, April 26, 2021. Undersigned requests an additional twenty (20) days, or until Monday, May 17, 2021 to file the aforementioned responses. This Motion is not filed for purposes of delay. No party shall be prejudiced by the extension requested herein. The granting of this Motion will not affect any other deadlines.

## **LOCAL RULE 3.01(G) CERTIFICATION**

Pursuant to Local Rule 3.01(g), undersigned attorney reached out to Plaintiff's counsel, Woodrow Pollack, Esq., via email, on Tuesday, April 20, 2021 to confer in good faith regarding the issues raised by this Motion. Plaintiff's counsel confirmed he agreed with the relief sought in this Motion.

\*\*\*

Based on the foregoing, the Defendants respectfully request that the Court grant this Motion and enter an Order extending the deadline as well as any such further relief this Court deems just and proper.

2

Case No. 6:20-CV-2249

Respectfully submitted,

By: */s/ Maritza Peña, Esq*._____
Joel Adler, Esq.
jadler@marlowadler.com
Fla. Bar No.: 283223
Maritza Peña, Esq.
mpena@marlowadler.com
Fla. Bar No.: 145637
Marlow Adler Abrams Newman & Lewis
*Counsel for Defendants*
4000 Ponce de Leon Boulevard, Suite 570
Coral Gables, Florida 33146
Telephone:  (305) 446-0500
Facsimile: (305) 446-3667

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF this 23rd day of April, 2021 to the parties listed in the Service List.

By: */s/ Maritza Peña, Esq*._____
mpena@marlowconnell.com
Fla. Bar No.: 145637

**SERVICE LIST**
Woodrow H. Pollack, Esq.
Fla. Bar No. 26802
wpollack@shutts.com
Shutts & Bowen, LLP
4301 W. Boy Scout Blvd., Ste 300
Tampa, FL 33607
*Counsel for Plaintiff*

Case No. 6:20-CV-2249

Ari C. Shapiro, Esq.
Fla. Bar No. 183253
[ashapiro@grsm.com](mailto:ashapiro@grsm.com)
Gordon Rees Scully Mansukhani LLP
100 SE 2nd Street, Suite 3900
Miami, FL 33131
*Counsel for James Kristofik*