IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

_____
BULLBAG CORPORATION,                     )
   a Foreign Profit Corporation,         )
                                          )
Plaintiff,                               )
                                          ) Civil Action No. 6:20-cv-2249
v.                                       )
                                          )
BAGS O MONEY, LLC,                       )
   a Florida Limited Liability Company,  )
BAGS O MONEY, LLC d/b/a BOSS BAGS        )
   a Kentucky Limited Liability Company, )
MONEY O BAGS, LLC                        )
   a Kentucky Limited Liability Company, )
and                                      )
JAMES KRISTOFIK,                         )
   an individual,                        )
PAUL MARSHALL,                           )
   an individual,                        )
                                          )
Defendants.                              )
_____)

**JOINT NOTICE REGARDING TECHNOLOGY TUTORIAL AND
CLAIM CONSTRUCTION HEARING**

Pursuant to the Case Management and Scheduling Order [Dkt. 41] entered on March 31, 2021, the parties notify the Court that the Technology Tutorial scheduled for July 2, 2021 at 10:00 am is not necessary.

Further, the parties notify the Court that the Claim Construction Hearing scheduled for September 17, 2021 at 10:00 am is not necessary as the parties do not believe that any terms require construction.

1

The removal of the aforementioned hearings will not alter the remaining deadlines set forth in the Case Management and Scheduling Order.

| | |
|---|---|
| June 25, 2021 | /s/ [Woodrow H. Pollack</u><br>Woodrow H. Pollack<br>Florida Bar No. 26802<br>Shutts & Bowen, LLP<br>4301 W. Boy Scout Blvd.<br>Suite 300<br>Tampa, FL 33607<br>(813) 364-4894-5700<br>wpollack@shutts.com<br>*Counsel for Plaintiff* |

/s/ Maritza Peña
Joel D. Adler, Eq.
Fla. Bar No. 283223
Maritza Peña, Esq.
Fla. Bar No. 145637
Marlow Adler Abrams
Newman & Lewis
4000 Ponce de Leon Blvd., Suite 570
Coral Gables, FL 33146
(305) 446-0500
(305) 446-3667
jadler@marlowadler.com
mpena@marlowadler.com
*Counsel for Defendants Bags O Money (Kentucky) and Paul Marshall*

/s/ Andrew R. Schindler
Andrew R. Schindler
FBN 124845
*aschindler@grsm.com*
GORDON REES SCULLY
MANSUKHANI LLP
100 SE 2nd Street, Suite 3900
Miami, Florida 33131
(305) 428-5339
*Counsel for Defendant
James Kristofik*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on <u>June 25, 2021</u> a true and correct copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent via e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                     <u>*/s/ Woodrow H. Pollack*</u>
                                                     Woodrow H. Pollack